MARTINEZ KELLEY
335 LAS FLORES TERRACE
SAN DIEGO, CALIFORNIA
92114
PROPRIA PERSONA

FILED
JAN -3 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ KELLEY, ) | CASE NO.: CV20 0099 SK |
| ) | |
| PLAINTIFF, ) | **CIVIL COMPLAINT** |
| ) | |
| VS. ) | **NEGLIGENCE;BREACH** |
| ) | **OF DUTY;STRESS** |
| AS & G CLAIMS ) | **INTENTIONAL** |
| ADMINISTRATION, INC.; ) | **INFLICTION OF** |
| DOUG METZ, CHIEF ) | **STRESS;** |
| OPERATING OFFICER; ) | |
| RENEE ANDREE, OFFICE ) | |
| ADMINISRTOR;JEFF L. ) | |
| HORD, VICE PRESIDENT; ) | |
| LYNNETTE CONLEY, ) | |
| CLAIMS EXAMINER; ) | |
|         DEFENDANTS. ) | |
| ) | |

**PAGE ONE**

CIVIL COMPLAINT, MARTINEZ KELLEY, 335 LAS FLORES TERRACE, SAN DIEGO, CA. 92114

# I.
## JURISDICTION

THIS CASE ORIGINALLY BEGIN IN FEDERAL COURT, AT THE OFFICE OF ADMINISTRATIVE LAW JUDGES IN SAN FRANCISCO, CALIFORNIA. ALL PARTIES AGREED, BUT THE INSURANCE HAS SINCE DECIDED NOT TO PAY. THUS, THE AMOUNT EXCEEDS $200,000.00 IN THIS DISTRICT

28 USCA 1332, PURSUANT TO THE UNITED STATES CONSTITUTION THAT PROVIDES, IN ARTICLE III*2, THAT THE JUDICIAL POWER OF THE UNITED STATES SHALL EXTEND…TO CONTROVVERSIES…BETWEEN CITIZENS OF DIFFERENT STATES,"COMMENCING WITH THE JUDICIARY ACT OF 1789, CH 20*11,1 STATES. 78, CONGRESS HAS CONSTANTLY AUTHORIZED THE FEDERAL COURTS TO EXERCISE JURISDICTION BASED ON THE DIVERS CITIZENSHIP OF PARTIES, (SEE, STRAWBRIDGE V. CURTISS, 3 CRANCH 267 1806; CATERPILIER INC., V. LEWIS, 519 U.S. 61(1996) THE SUPREME COURT HAS CONSTRUED THE ORIGINAL JUDICIARY ACT'S DIVERSITY PROVISION TO REQUIRE COMNPLETE DIVERSITY, AND THEEREFORE FEDERAL SUBJECT-MATTER JURISDICTION, THE PLAINTIFF IS A RESIDENT OF CALIFORNIA. THE PLAINTIFF ARE RESIDENCE OF TEXAS BUT OPERATES IN CALIFORNIA. THE INJURY'S, HOWEVER HAPPENED IN CALIFORNIA.

**PAGE TWO**

CIVIL COMPLAINT, MARTINEZ KELLEY , 335 LAS FLORES TERRACE, SAN DIEGO, CA. 92114

## II.
## INTRODUCTION

The Plaintiff, Martinez Kelley, wife Carolyn Kelley, died due to an injury at a naval base. The United States Department of Labor, Office of Administrative Law Judges, ordered, AS & G Claims Administration, Inc.,(hereinafter known as ASG) was ordered to pay the mere sum of $312.00 every two weeks for NEXCOM, for the death of the Plaintiff, Martinez Kelley,(hereinafter known as Marty) wife. Defendants, ASG agreed. The case was closed. The defendants ASG however did not pay the small sum timely. In some cases the checkes were more then a month late and in the wrong names. To add insult to injury they placed the checks in his dead wife name.
AS & G CLAIMS ADMINISTRATION, INC.;DOUG METZ, CHIEF OPERATING OFFICER;RENEE ANDREE, OFFICE ADMINISRTOR;JEFF L.HORD, VICE PRESIDENT; LYNNETTE CONLEY,CLAIMS EXAMINER;DEFENDANTS ALL (HEREINAFTER KNOWN AS ASGE) were given the Responsibility to have the checks sent timely but refused and

## III.

The defendants, ASGE, had a duty they Breached by accepting the duty and thereafter failed the duty in Negligence by placing the wrong names on the checks over and over again, and not sending the checks timely which the Plaintiff depended on to pay his bills which he could not which injured him and caused him unmerited stress, intentionally inflicted by ASGE.

**PAGE THREE**

CIVIL COMPLAINT, MARTINEZ KELLEY , 335 LAS FLORES TERRACE, SAN DIEGO, CA. 92114

The defendants ASGE had the responsibility and duty they failed TO PERFORM. When the plaintiff, Marty called they would only hang up on him to the point that Marty would often call the United States department of labor OWCP/LHWC IN LONG BEACH, CALIFORNIA(401 WEST OCEAN BLVD. STE 720, LONG BEACH CA. 90802) AND, OFFICE OF THE ADMINISTRATIVE LAW JUDGES,(90 SEVENTH STREET, SUITE 4-800, SAN FRANCISCO, CA. 94103-1516) the Long Beach Office would encourage Marty to Petition for Settlement, due to the fact the delays and failure of those in supervisorial postion with ASGE TO USE THEIR SUPERVISORAL AUTHORITY TO CORRECT THE BREACH OF DUTY IN NEGLIGENCE.

The Office of Administrative Law Judges, in San Francisco California, stated it was for Marty to "Seek the relief he requested"" to the proper forum". Thus, Marty presents his issues as a UNITED STATES CITIZENS IN THE FORUM THE UNITED STATES CONSTITUTION PROVIDES.

The Plaintiff, Marty attempted over and over again with the Defendants, ASGE, to no Avail, which shows why their employees are so comfortable with the breach of duty they agreed to perform. It appears they are comfortable with the stepping on of those under their care. No prudent person or entity would undertake their duty in the manner of the Defendants, ASGE, in the breach of their duty in this case.

**PAGE FOUR**

CIVIL COMPLAINT, MARTINEZ KELLEY, 335 LAS FLORES TERRACE, SAN DIEGO, CA. 92114

WHEREFORE, THE PLAINTIFF PRAYS FOR THE FOLLOWING:
1. THE PLAINTIFF DEMANDS A JURY TRIAL.
2. FOR GENRAL DAMAGES IN THE SUM OF $10,000,000.00
3. FOR PUNATIVE DAMAGES TO DISCOURAGE THE BREACH OF A FEDERAL DUTY IN THE ABOVE MANNER EVER AGAIN IN THE SUM OF $20,000,000.00
4. FOR SPECIFIC DAMAGES IN THE SUM OF $10,000,000.00

DATED: DECEMBER 31, 2019

RESPECTFULLY SUBMITTED,

BY: *[signature]*
MARTINEZ KELLEY

PAGE FIVE

CIVIL COMPLAINT, MARTINEZ KELLEY, 335 LAS FLORES TERRACE, SAN DIEGO, CA. 92114

**U.S. Department of Labor**   Office of Administrative Law Judges
90 Seventh Street, Suite 4-800
San Francisco, CA 94103-1516

(415) 625-2200
(415) 625-2201 (FAX)



December 19, 2019

Martinez Kelley
335 Las Flores Terrace
San Diego, California 92114

Re: Carolyn Kelley v. NEXCOM
OALJ Case No. 2012-LHC-01320, 01321
OWCP Claim No. 18-098617, 099137

Dear Mr. Kelley:

On November 25, 2019, I received a document in the referenced case that you sent to Judge William King entitled Petition for Settlement. Judge King is no longer with the San Francisco Office of Administrative Law Judges so the matter was referred to me. In the Petition for Settlement, you ultimately request that, "In the interest of justice the court should order the settlement. The military and AS&G claims administration will never hold their in [sic] of the bargain unless ordered."

Unfortunately, this office no longer has any jurisdiction to take any action in this matter. Judge Jennifer Gee informed you in a letter dated March 29, 2018, that this matter was closed on August 7, 2015, when Judge King issued a decision and order awarding benefits. The last action taken by this office was when Judge King issued an order related to attorney's fees in July 2017. Because the matter has been closed for over two years, this office has no authority or jurisdiction to take any action. Therefore, I will take no further action on your Petition for Settlement.

I urge you to seek counsel to assist you in seeking the relief you request. An attorney would be able to best understand the concerns and issues you would like to address and would be best able to direct you to the proper forum, if any, to seek the relief requested.

Sincerely,

Richard Clark
Acting District Chief Judge