UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ KELLEY,<br><br>   Plaintiff,<br><br> v.<br><br>AS&G CLAIMS ADMINISTRATION, INC.,<br><br>   Defendant. | Case No. 20-cv-00099-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No.28 |

On October 6, 2020, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by October 23, 2020. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than November 13, 2020 why the Court should not dismiss his claims for lack of prosecution or grant Defendants' motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by November 13, 2020, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice. The Court VACATES the hearing on the motion to dismiss currently scheduled on November 16, 2020 and will reset it at a later date, if necessary.

**IT IS SO ORDERED**.

Dated: November 2, 2020



SALLIE KIM
United States Magistrate Judge